IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40519
Conference Calendar

_____


DANIEL IFY IWEGBU,

                                        Petitioner-Appellant,

versus

JONATHON DOBRE, Warden,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:02-CV-95
--------------------
October 30, 2002

Before DeMOSS, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:*

    Daniel Ify Iwegbu, federal prisoner #22600-077, has appealed
the district court's judgment dismissing his petition for a writ
of habeas corpus under 28 U.S.C. § 2241.  Iwegbu contends that
the district court erred in finding that he did not meet the
actual innocence prong of the test set forth in Reyes-Requena v.
United States, 243 F.3d 893, 904 (5th Cir. 2001).  He maintains

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

that, under the "savings clause" of 28 U.S.C. § 2255, he should be permitted to pursue relief under 28 U.S.C. § 2241.

Iwegbu has failed to establish that he was convicted of a non-existent offense.  He has thus failed to meet the first prong of the two-prong test set forth in Reyes-Requena.  See 243 F.3d at 904.  This appeal is without arguable merit and is DISMISSED as frivolous.  See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2.

Iwegbu is cautioned that should he, or any counsel on his behalf, file any further frivolous pleadings relating to his heroin conspiracy conviction, in this court or any court subject to the jurisdiction of this court, he shall be subject to sanctions.  To avoid sanctions for any matter that may be pending, Iwegbu shall review all pending matters and move to voluntarily dismiss any that are frivolous.

APPEAL DISMISSED.  SANCTION WARNING ISSUED.